Argued March 22, affirmed April 17, 1978

COX, *Petitioner,*
*v.*
STATE ACCIDENT INSURANCE FUND,
*Respondent.*
(No. WCB 76-5939, CA 9321)
576 P2d 1272

Robert E. Nelson, Portland, argued the cause for petitioner. With him on the brief was Richardson, Murphy & Nelson, Portland.

William H. Stockton, Associate Counsel, State Accident Insurance Fund, Portland, argued the cause and filed the brief for respondent.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

SCHWAB, C. J.

**SCHWAB, C. J.**

In this worker's compensation case, two questions are presented on appeal: (1) whether claimant notified her employer of her injury within 30 days after the injury occurred as required by ORS 656.265, and (2) whether claimant met her burden of showing that her injury was caused by her work environment. We do not reach the first question because the answer to the second question is "no."

Affirmed.